FILED01 AUG '23 15:25USDC-ORP

IN THE US DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION

Victor Naumov Plaintiff

V.

CASE NO: 3:23-CV-1120-JR

SHELLPOINT MORTGAGE SERVICING a Division of NewRez Defendants
55 Beattie Place, or PO Box
Greenville South Carolina 29601

CENTRAL PACIFIC MORTGAGE COMPANY
950 Glenn Drive #150
Folsom CA 95630
Original Loan Number 1193544

WILMINGTON SAVINGS FUND SOCIETY FSB
500 Delaware Ave Ste 500,
Wilmington, DE 19801

**Complaint to Quiet Title**

COMES NOW **Victor Naumov**. Plaintiff in the above styled and numbered cause, by and through myself and by council of a Lawyer, and files this Complaint against Defendants, Shellpoint Mortgage Servicing a Division of NewRez, Central Pacific Mortgage Company, and Wilmington Savings Fund Society FSB and in support thereof would show unto the Court the following matters and facts:

1. Plaintiff is an adult resident of Gresham Multnomah County in Oregon.
2. Defendant **CENTRAL PACIFIC MORTGAGE COMPANY** place of business is located 950 Glenn Drive # 150, Folsom, CA 95630 and may be served with process and other writs of this Court at that location. SHELLPOINT MORTGAGE SERVICING as a business located 55 Beattie Place Greenville South Carolina 29601 and may be served with process and other writs of this Court at that address. WILMINGTON SAVINGS FUND

103533

SOCIETY FSB as a business located 500 Delaware Ave Ste 500, Wilmington, DE 19801 and may be served with process and other writs of this Court at that address.

3. Plaintiff has no knowledge of true names and identities of the Defendants sued in this action and DOES 1-10 and therefore sues them by such fictitious names. This Complaint will be amended when the true identities are assertained.

4. The property which is the subject matter of this action situated in the County of **Multnomah** , State of **Oregon,** and described as follows:

A tract of land in Section 18, Township 1 South, Range 4 East f the Willamette Meridian, in the County of Multnomah and State of Oregon, described as follows: Beginning at a point in the West line of said Section 18, which is South 104.0 feet from the Northwest corner of said Section 18; thence from the above described beginning at a point in the East and parallel with the North line of the Northwest one-quarter of said Section 18, a distance of 250.0 feet; thence South parallel with the West line of the aforesaid Northwest one-quarter of said Section18, a distance of 90.0 feet; thence West Parallel with the North line of said Northwest one-quarter of Section 18, a distance of 250.0 feet to the West line of said Section 18; thence North 90.0 feet to the point of beginning. EXCEPTING THEREFROM that part lying withing the county road adjoining on the West. Which currenlty has the address of 4524 SE 282nd Avenue, Gresham Oregon [97080] With an allodial title to the Land, Land conveyed by Land Patent on July, 11th 2023.

5. Defendants designed as DOES 1 through 10 "all persons unknown, claiming and legal or equitable right, title, estate, lien or interest in the property described in the Complaint."

6. Plaintiff is now, and at all times mentioned in the Complaint, was an owner of and in the possession of all the real propterty described in **Paragraph 5** above, said real property to be hereinafter referred to as the Property.

7. Defendants, and each of them in the action, claim an interest and estate in the Property adverse to plaintiff.

8. Defendants' calims are based on: During financing of the Home Mortgage with **Pacific Mortgage Company**, they claim that they loaned **their** money for the transaction, and claim that **Pacific Mortgage Company** and/or **Wilmington Savings Fund Society FSB Trust** are the rightful owners. Defendants are to provide the ownership of the Promisory Note, Defendants were notified twice, by Certified Mail of RESPA Violations Truth in Lending ACT Regulation Z (TILA), misleading practices by the Pacific Mortgage Company and concealment of information on cancelation of loan and who the creditor

is, and Defendants were notified twice by Victor Naumov requesting a verification of debt by providing wet signature Promisory Note.

9. Plaintiff has had exclusive, complete, actual, open, notorious, hostile, and continous possession of the Property adverse to defendants for more than 16 years. Plaintiff has paid all taxes levied or assessed against the property and all other assessments during the past 16 years. Plaintiff has made and paid for all repairs, upkeep, and insurance on the property for the past 16 years. Defendants, and each of them, have failed and refused to pay for any taxes, insurance, or upkeep on the Property and their claims to ownership caused great and irreparable harm to Plaintiff. Plaintiff is unable to borrow against the property to make nessessry repairs, which lack of repairs results in waste of the Property. Further, the adverse claims of Defendants tend to depreciate greatly the value fo the Property.

10. Unless Defendants are enjoined from asserting their adverse claims to the Property. Defendants will continue to assert their adverse claims resulting in irreparable harm, damage, and injury to the plaintiff. Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff requests judgement against Defendants and each of them, known or unknown, as follows:

1. That Defendants be required to set forth the right, nature, and virtue of their claim to the Property, and that all adverse claims of the Defendants be determined by decree of the Court;
2. That it be declared and adjudged that Plaintiff is the owner of the Property and entitled to possession;
3. That it be declared and adjudged that the Defendants have no estate, right, title, or interest whatsoever in or to the Property or any part of it.
4. That the Defendants be permanetly enjoined and restratined from asserting any estate, right, title, or interest whatsoever, in or to the Property or any part of it, adverse to Plaintiff;
5. Defendants are to pay for Victor Naumov's all legal costs; and total dicharge of debt, not to report on credit report any deragotory reportings since Plaintiff is the rightful owner, have all of my personal property returned to me during this fraudulent foreclosure and eviction process. Defendants are to pay compensation of $100,000,000 Million to Victor Naumov, for this caused a great deal of physical, emotional and mental distress and suffering also damage and theft of personal property. GEORGE CHAPMAN, JR. V. DEUTSCHE BANK NATIONAL TRUST, No. **14-15927** (9th Cir. 2016)

6. For such other and further relief as the Court may deem proper to have Plaintiff compensated for this caused a great deal of physical, emotional and mental distress and suffering.

Repectfully submitted,

Victor Naumov

**Signing without prejudice UCC 1-308**

Documents prepared by Victor Naumov

August 1st 2023

# Affidavit Statement of Fact

RE: Victor Naumov
property located on
4524 SE 282nd Avenue Gresham Oregon [97080]

I Victor Naumov contacted American Relief Advisors May of 2022 to help me with Loan Modification, my goal was to consolidated first mortgage and second mortgage into one mortgage. I was behind on my second mortgage due to COVID restrictions and I was not employed during 2020 and 2021. American Relief Advisors received payment from me 3 times in the amount of $997.00 for their services. (see Exhibit B) The modification was complete and signed documents were sent to Shellpoint Mortgage for processing. I began to make monthly payments in the amount of $1,417.00 to Shellpoint (see Exhibit A) and a new Deed of Trust was recorded on October 21st, 2022 by JANEWAY LAW FIRM, LLC also Quit Claim Deed was recorded on December 05th, 2022 by JANEWAY LAW FIRM, LLC and Shellpoint could not complete the Loan Modification process.

JANEWAY LAW FIRM, LLC filed a court case on January 25th 2023 on the second Mortgage. I went to court and Judge Benjamin Johnston denied my request for Motion to Stay Execution and set aside Default Judgement.

I filed a case with Circuit County Court Multnomah County Court Case **23CV11528** on March 17th 2023, I Victor Naumov contacted SHELLPOINT MORTGAGE SERVICING, MERS, WILMINGTON SAVINGS FUND SOCIETY FSB and CENTRAL PACIFIC MORTGAGE COMPANY for Verification of Debt and an original copy of wet signature of the Promissory Note, I Victor Naumov sent the request 3 times via Certified Mail to SHELLPOINT MORTGAGE SERVICING, CENTRAL PACIFIC MORTGAGE COMPANY and once to MERS and WILMINGTON SAVINGS FUND SOCIETY FSB. I did not receive a response from any interested parties. I had a court date scheduled on July 28th 2023 and Judge Leslie Bottomly was unable to locate my case on her docket.

I recorded a Deed of Trust, Modification and Supplement to Deed of Trust, and Substitution of Trustee on March 27th 2023 at Multnomah County Recorders office, per case Monterey v. Del Monte Dunes, 526 U.S.__, 143 L Ed 2d 882, 119S.Ct.___ (1999) (See Exhibit C)

I Victor Naumov hold the Allodial Title to the property located on 4524 SE 282nd Avenue Gresham Oregon 97080, I brought the original Land Patent forward and it was recorded on July 11th 2023, the land is conveyed by Land Patent. I Victor Naumov is the rightful owner of the property located on 4524 SE 282nd Avenue Gresham Oregon 97080. (see Exhibit D)

Fraudulent Foreclosure and eviction process began by WILMINGTON SAVINGS FUND SOCIETY FSB, represented by JANEWAY LAW FIRM LLC, a Wilmington Savings Fund Society FSB had Multnomah County Sheriff's Office place and Eviction Trespass Notice on May 18th 2023 regarding a Court Case filed 23T00383 by JANEWAY LAW FIRM,LLC.

With the fraudulent foreclosure and eviction my personal automobile property was removed by McKinleys Towing and other personal property in the home was removed unknown to me by whom. H & H Preferred Real Estate Broker Damien Pogue was hired to list the home for sale and he changed the utility bills on his name. I contacted him few times and he advised me that he is following orders from the lender.

I have placed a no trespassing sign of my own on July 31st 2023, since I am the rightful owner of the land and hold the Allodial Title to the land. (see Ehibit E)

Signing without prejudice UCC 1-308
Victor Naumov

Witness  Constantine Naumov

# Wells Fargo Combined Statement of Accounts

February 7, 2023 ■ Page 1 of 10

Exhibit A
Exhibit A

VICTOR NAUMOV
4524 SE 282ND AVE
GRESHAM OR 97080-9100

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (115)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Summary of accounts

### *Checking and Savings*

| *Account* | *Page* | *Account number* | *Ending balance last statement* | *Ending balance this statement* |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | [redacted] | 2,264.55 | 1,971.19 |
| Wells Fargo Way2Save® Savings | 7 | [redacted] | 327.04 | 89.07 |
| | **Total deposit accounts** | | **$2,591.59** | **$2,060.26** |

(115)
Sheet Seq = 0029008
Sheet 00001 of 00005



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/10 | $2,264.55 |
| Deposits/Additions | 7,044.43 |
| Withdrawals/Subtractions | - 7,337.79 |
| **Ending balance on 2/7** | **$1,971.19** |

Account number: [redacted]
**VICTOR NAUMOV**

*Oregon account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): [redacted]

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Credit Card - [redacted]
- Savings - [redacted]

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/10 | | Purchase authorized on 01/08 Five Spot Bar Absarokee MT S583008763889389 Card 0262 | | 73.52 | |
| 1/10 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hdy8Kq7 xxxxxx9738 | | 1.00 | |
| 1/10 | | Purchase authorized on 01/10 Rockin J Absarokee MT P463010489989472 Card 0262 | | 6.98 | |
| 1/10 | | Avant LLC 800-71 Avant.Com 230109 000001499823362 Victor Naumov | | 322.53 | |
| 1/10 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 1,858.52 |
| 1/11 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hf6Zpf9 xxxxxx9738 | | 1.00 | |
| 1/11 | | Purchase authorized on 01/11 Rockin J Absarokee MT P583011495819490 Card 0262 | | 15.46 | |
| 1/11 | | Purchase with Cash Back $ 40.00 authorized on 01/11 Stillwater Market Absarokee MT P303012056849312 Card 0262 | | 63.54 | |
| 1/11 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 1,776.52 |
| 1/12 | | Purchase authorized on 01/10 Five Spot Bar Absarokee MT S383011102357585 Card 0262 | | 43.88 | |
| 1/12 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hffrgnf xxxxxx9738 | | 1.00 | |
| 1/12 | | Purchase authorized on 01/12 Rockin J Absarokee MT P463012488086771 Card 0262 | | 6.98 | |
| 1/12 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 1,722.66 |
| 1/13 | | Michels Pipeline Payroll 230111 420237 Naumov Victor | 1,229.83 | | |
| 1/13 | | Recurring Payment authorized on 01/11 Prime Corporate SE 801-987-9680 UT S463011648717255 Card 0262 | | 64.95 | |
| 1/13 | | Purchase authorized on 01/11 Five Spot Bar Absarokee MT S463012094264331 Card 0262 | | 29.40 | |
| 1/13 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hfpxf2T xxxxxx9738 | | 1.00 | |
| 1/13 | | Purchase authorized on 01/13 Shipton's Big R-West Billings MT P000000675205190 Card 0262 | | 596.91 | |
| 1/13 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 2,258.23 |
| 1/17 | | Pipeline Payroll ACH Pay 230117 605_420237 15318164 | 2,285.45 | | |
| 1/17 | | Purchase authorized on 01/12 Five Spot Bar Absarokee MT S303013163741277 Card 0262 | | 40.16 | |
| 1/17 | | Purchase authorized on 01/13 McDonald's F31872 Laurel MT S463013687139396 Card 0262 | | 12.19 | |



***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/17 | | Purchase authorized on 01/13 Absarokee Liquor, Absarokee MT S303013861779953 Card 0262 | | 165.50 | |
| 1/17 | | Purchase authorized on 01/13 Five Spot Bar Absarokee MT S463014130860427 Card 0262 | | 15.48 | |
| 1/17 | | Purchase authorized on 01/13 Five Spot Bar Absarokee MT S303014244210296 Card 0262 | | 43.64 | |
| 1/17 | | Purchase authorized on 01/14 Burger King #11036 Billings MT S383014583418540 Card 0262 | | 12.78 | |
| 1/17 | | Recurring Payment authorized on 01/14 Affirm * Pay Xmd3E 855-423-3729 CA S383014678208981 Card 0262 | | 192.17 | |
| 1/17 | | Purchase authorized on 01/14 East Helena 1 # East Helena MT P000000573537197 Card 0262 | | 17.46 | |
| 1/17 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hgp4Lp3 xxxxxx9738 | | 1.00 | |
| 1/17 | | Purchase authorized on 01/17 Murdoch's Ranch&Home Columbia Fall MT P000000881561379 Card 0262 | | 103.00 | |
| 1/17 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 8.00 | 3,932.30 |
| 1/18 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hgwsgl5 xxxxxx9738 | | 1.00 | |
| 1/18 | | Purchase authorized on 01/18 Woodys Kalispell MT P000000071917879 Card 0262 | | 24.54 | |
| 1/18 | | Purchase authorized on 01/18 Missoula 8 1331 Missoula MT P000000373012998 Card 0262 | | 10.65 | |
| 1/18 | | State Farm Ro 27 Sfpp 15 S 1348645615 Victor Naumov | | 38.27 | |
| 1/18 | | Pentagon Federal Trnsfr Dr 230116 000033568442702 Naumov Victor | | 271.00 | |
| 1/18 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 3,584.84 |
| 1/19 | | Recurring Payment authorized on 01/18 Experian* Credit R 479-3436237 CA S303018373158784 Card 0262 | | 29.99 | |
| 1/19 | | Purchase authorized on 01/18 Chevron 0097098 Riggins ID S383018741713678 Card 0262 | | 26.62 | |
| 1/19 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hh5Y69L xxxxxx9738 | | 1.00 | |
| 1/19 | | Verizon Wireless Payments 230119 067234401800001 0000000067234401800001 | | 112.38 | |
| 1/19 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 1.00 | 3,413.85 |
| 1/20 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hhgwijd xxxxxx9738 | | 1.00 | 3,412.85 |
| 1/23 | | Purchase authorized on 01/22 Maverik #410 Meridian ID P000000784220610 Card 0262 | | 6.35 | |
| 1/23 | | Purchase authorized on 01/22 Maverik #410 Meridian ID P000000280202308 Card 0262 | | 20.30 | |
| 1/23 | | Purchase authorized on 01/22 Chevron 0208445 Baker OR S583022824306449 Card 0262 | | 15.14 | |
| 1/23 | | Purchase authorized on 01/22 Chevron/Baker City Chev Baker OR P583022826980261 Card 0262 | | 13.28 | |
| 1/23 | | Purchase authorized on 01/22 McDonald's F26924 Stanfield OR S383023023571420 Card 0262 | | 13.18 | |
| 1/23 | | Purchase authorized on 01/22 Pilot_00390 Stanfield OR S383023021913916 Card 0262 | | 5.00 | |
| 1/23 | | Online Transfer Ref #Ib0Hj57Yj6 to Platinum Card Xxxxxxxxxxxx7745 on 01/22/23 | | 400.00 | |
| 1/23 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hj5Hb5V xxxxxx9738 | | 1.00 | |
| 1/23 | | Purchase authorized on 01/23 Pilot #0390 Stanfield OR P463023437040475 Card 0262 | | 11.88 | |
| 1/23 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 7.00 | 2,919.72 |
| 1/24 | | Purchase authorized on 01/23 Dairy Queen #16088 Hermiston OR S303024079352987 Card 0262 | | 22.26 | |
| 1/24 | | Purchase authorized on 01/23 7-Eleven Hermiston OR P000000570810328 Card 0262 | | 2.09 | |

**_Transaction history (continued)_**

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/24 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hjcxkc6 xxxxxx9738 | | 1.00 | |
| 1/24 | | Purchase authorized on 01/24 Pilot #0390 Stanfield OR P383024441269409 Card 0262 | | 2.39 | |
| 1/24 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 3.00 | 2,888.98 |
| 1/25 | | Purchase authorized on 01/23 Fsp*Oxford Suites Hermiston OR S583023566208700 Card 0262 | | 136.69 | |
| 1/25 | | Purchase authorized on 01/24 Chevron 0097042 Hood River OR S383024602953751 Card 0262 | | 34.65 | |
| 1/25 | | Purchase authorized on 01/24 Sq *Graystone Loun Silverton OR S583025194003322 Card 0262 | | 92.50 | |
| 1/25 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hjljtjh xxxxxx9738 | | 1.00 | |
| 1/25 | | Purchase authorized on 01/25 Mam & D L 395 N Main S MT Angel OR P000000077184696 Card 0262 | | 1.49 | |
| 1/25 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 4.00 | 2,618.65 |
| 1/26 | | Purchase authorized on 01/24 Fastrak Violation 415-486-8655 CA S303024717373479 Card 0262 | | 7.00 | |
| 1/26 | | Purchase authorized on 01/24 Sq *Tiny?S Tavern Mount Angel OR S583025081046252 Card 0262 | | 79.00 | |
| 1/26 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hjt7Gb8 xxxxxx9738 | | 1.00 | |
| 1/26 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 2,529.65 |
| 1/27 | | Michels Pipeline Payroll 230125 420237 Naumov Victor | 505.64 | | |
| 1/27 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hk4D3Mc xxxxxx9738 | | 75.00 | |
| 1/27 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hk4Jpxg xxxxxx9738 | | 1.00 | 2,959.29 |
| 1/30 | | Purchase authorized on 01/26 Sq *Tiny?S Tavern Mount Angel OR S463027260992472 Card 0262 | | 14.00 | |
| 1/30 | | Purchase authorized on 01/27 The Noble Fox Silverton OR S583028118588015 Card 0262 | | 42.00 | |
| 1/30 | | Purchase authorized on 01/27 Sq *Tiny?S Tavern Mount Angel OR S383028244365584 Card 0262 | | 10.00 | |
| 1/30 | | Purchase authorized on 01/28 Sq *Bierhaus Inc Mount Angel OR S383028291379862 Card 0262 | | 55.50 | |
| 1/30 | | Purchase authorized on 01/28 Sq *Tiny?S Tavern Mount Angel OR S383029167903061 Card 0262 | | 17.00 | |
| 1/30 | | Purchase authorized on 01/28 Sq *Bierhaus Inc Mount Angel OR S463029247808577 Card 0262 | | 21.60 | |
| 1/30 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hksd9F7 xxxxxx9738 | | 1.00 | |
| 1/30 | | Nuvision Credit D000348012 230130 721131620500 Victor Naumov | | 561.00 | |
| 1/30 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 6.00 | 2,231.19 |
| 1/31 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hl36Pj9 xxxxxx9738 | | 1.00 | |
| 1/31 | | Newrez-Shellpoin ACH Pmt 230130 0578589314 Naumov Victor | | 1,417.00 | 813.19 |
| 2/1 | | Purchase authorized on 01/31 Sq *Burger Time Ll Mount Angel OR S583031781146940 Card 0262 | | 15.35 | |
| 2/1 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hld72N5 xxxxxx9738 | | 1.00 | |
| 2/1 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 1.00 | 795.84 |
| 2/2 | | Purchase authorized on 01/31 Sq *Tiny?S Tavern Mount Angel OR S383032198763358 Card 0262 | | 22.00 | |
| 2/2 | | Purchase authorized on 02/01 Sq *Burger Time Ll Mount Angel OR S463032839612075 Card 0262 | | 15.35 | |
| 2/2 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hlqx5J8 xxxxxx9738 | | 1.00 | |
| 2/2 | | Portland General BILLPAY 230202 Portland Genera Victor Naumov | | 102.78 | |
| 2/2 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 652.71 |



***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/3 | | Michels Pipeline Payroll 230201 420237 Naumov Victor | 401.80 | | |
| 2/3 | | Purchase authorized on 02/01 Sq *Tiny?S Tavern Mount Angel OR S463033215045019 Card 0262 | | 9.00 | |
| 2/3 | | Purchase authorized on 02/01 Sq *Bierhaus Inc Mount Angel OR S303033264896755 Card 0262 | | 48.59 | |
| 2/3 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hm3Kybk xxxxxx9738 | | 1.00 | |
| 2/3 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 993.92 |
| 2/6 | | ATM Check Deposit on 02/05 301 Westfield St Silverton OR 0007066 ATM ID 4515W Card 0262 | 1,262.64 | | |
| 2/6 | | ATM Check Deposit on 02/05 301 Westfield St Silverton OR 0007067 ATM ID 4515W Card 0262 | 602.78 | | |
| 2/6 | | Purchase authorized on 02/03 Sq *Tiny?S Tavern Mount Angel OR S383034318111276 Card 0262 | | 23.00 | |
| 2/6 | | Recurring Payment authorized on 02/03 Prime Corporate SE 801-987-9680 UT S383034648652002 Card 0262 | | 9.95 | |
| 2/6 | | Purchase authorized on 02/03 76 - MT Angel 76 Mount Angel OR S303034845840520 Card 0262 | | 17.50 | |
| 2/6 | | Purchase authorized on 02/03 Sq *Tiny?S Tavern Mount Angel OR S303035202427258 Card 0262 | | 18.00 | |
| 2/6 | | Purchase authorized on 02/03 Sq *Bierhaus Inc Mount Angel OR S303035261012808 Card 0262 | | 66.00 | |
| 2/6 | | Purchase authorized on 02/04 Sq *Graystone Loun Silverton OR S583035307692525 Card 0262 | | 60.58 | |
| 2/6 | | Purchase authorized on 02/04 Tst* Macs Place Silverton OR S383035371418292 Card 0262 | | 34.25 | |
| 2/6 | | Purchase authorized on 02/04 Sq *Tiny?S Tavern Mount Angel OR S583036280725075 Card 0262 | | 21.00 | |
| 2/6 | | Purchase authorized on 02/05 Sq *Bierhaus Inc Mount Angel OR S303036302562360 Card 0262 | | 13.00 | |
| 2/6 | | Purchase authorized on 02/05 Dairy Queen #19290 Silverton OR S303036859939481 Card 0262 | | 12.29 | |
| 2/6 | | Purchase authorized on 02/05 Sq *Bierhaus Inc Mount Angel OR S463037221684109 Card 0262 | | 46.24 | |
| 2/6 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hmtvbjz xxxxxx9738 | | 1.00 | |
| 2/6 | | Purchase authorized on 02/06 Mam & D L 395 N Main S MT Angel OR P000000782734226 Card 0262 | | 5.38 | |
| 2/6 | | Purchase authorized on 02/06 MT. Angel Drug Mount Angel OR P000000770414314 Card 0262 | | 22.97 | |
| 2/6 | | Upstart Network Jefferies 230203 13924911 Fm 49816553 Borrower_Paymt | | 358.27 | |
| 2/6 | 508 | Check | | 180.00 | |
| 2/6 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 12.00 | 1,957.91 |
| 2/7 | | Pipeline Payroll ACH Pay 230207 605_420237 15371060 | 756.29 | | |
| 2/7 | | Purchase authorized on 02/06 76 - MT Angel 76 Mount Angel OR S383037811433249 Card 0262 | | 18.50 | |
| 2/7 | | Purchase authorized on 02/06 Dairy Queen #19290 Silverton OR S583037818187917 Card 0262 | | 12.29 | |
| 2/7 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hn44H9H xxxxxx9738 | | 1.00 | |
| 2/7 | | Purchase authorized on 02/07 Pilot #0390 Stanfield OR P383038411013844 Card 0262 | | 10.38 | |
| 2/7 | | Purchase authorized on 02/07 Pilot #0195 Wasco OR P583038599611546 Card 0262 | | 31.87 | |
| 2/7 | | Avant LLC 800-71 Avant.Com 230206 000001507708170 Victor Naumov | | 322.53 | |



WELLS
FARGO

***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/7 | | Best Egg Payment 230206 44329693A Victor Naumov | | 342.44 | |
| 2/7 | | Save As You Go Transfer Debit to Xxxxxxxxxx9738 | | 4.00 | 1,971.19 |
| **Ending balance on 2/7** | | | | | **1,971.19** |
| **Totals** | | | **$7,044.43** | **$7,337.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 508 | 2/6 | 180.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/10/2023 - 02/07/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $652.71 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $5,179.01 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

IMPORTANT ACCOUNT INFORMATION:

Effective with the fee periods beginning on or after April 24, 2023, the option to avoid the monthly service fee using "qualifying direct deposit" will be enhanced to "qualifying electronic deposit".

Qualifying Electronic Deposit: A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.

IMPORTANT ACCOUNT INFORMATION



NEW YORK CITY CUSTOMERS ONLY – Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

---

The new year is a great time to make sure your security settings are up to date. Take a few minutes now to update your passwords, ensure we have your current contact information (mobile phone number, email), set up account alerts, and enable biometric sign on for the Wells Fargo Mobile® app. Learn more at www.wellsfargo.com/securitytools.

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

# Wells Fargo Way2Save® Savings

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/10 | $327.04 |
| Deposits/Additions | 162.03 |
| Withdrawals/Subtractions | - 400.00 |
| **Ending balance on 2/7** | **$89.07** |

Account number: [redacted]
**VICTOR NAUMOV**
*Oregon account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): [redacted]

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.03 |
| Average collected balance | $212.04 |
| Annual percentage yield earned | 0.18% |
| Interest earned this statement period | $0.03 |
| Interest paid this year | $0.06 |
| Total interest paid in 2022 | $0.02 |

## Transaction history

| *Date* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|
| 1/10 | Save As You Go Transfer Credit From Xxxxxxxxxx8532 | 9.00 | | |
| 1/10 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hdy8Kq7 xxxxxx8532 | 1.00 | | 337.04 |

WELLS FARGO

*Transaction history (continued)*

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 1/11 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 1/11 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hf6Zpf9 xxxxxx8532 | 1.00 | | 340.04 |
| 1/12 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 1/12 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hffrgnf xxxxxx8532 | 1.00 | | 343.04 |
| 1/13 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 1/13 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hfpxd2T xxxxxx8532 | 1.00 | | |
| 1/13 | Online Transfer Ref #Ib0Hftjcdb to Platinum Card Xxxxxxxxxxx7745 on 01/13/23 | | 200.00 | 146.04 |
| 1/17 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 1/17 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hgp4Lp3 xxxxxx8532 | 1.00 | | 149.04 |
| 1/18 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 8.00 | | |
| 1/18 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hgwsgl5 xxxxxx8532 | 1.00 | | 158.04 |
| 1/19 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 1/19 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hh5Y69L xxxxxx8532 | 1.00 | | 161.04 |
| 1/20 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 1.00 | | |
| 1/20 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hhgwljd xxxxxx8532 | 1.00 | | 163.04 |
| 1/23 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hj5Hb5V xxxxxx8532 | 1.00 | | 164.04 |
| 1/24 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 7.00 | | |
| 1/24 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hjcxkc6 xxxxxx8532 | 1.00 | | 172.04 |
| 1/25 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 3.00 | | |
| 1/25 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hjjtjh xxxxxx8532 | 1.00 | | 176.04 |
| 1/26 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 4.00 | | |
| 1/26 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hjt7Gb8 xxxxxx8532 | 1.00 | | 181.04 |
| 1/27 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 1/27 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hk4D3Mc xxxxxx8532 | 75.00 | | |
| 1/27 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hk4Jpxg xxxxxx8532 | 1.00 | | 259.04 |
| 1/30 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hksd9F7 xxxxxx8532 | 1.00 | | 260.04 |
| 1/31 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 6.00 | | |
| 1/31 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hl36Pj9 xxxxxx8532 | 1.00 | | 267.04 |
| 2/1 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hld72N5 xxxxxx8532 | 1.00 | | 268.04 |
| 2/2 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 1.00 | | |
| 2/2 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hlqx5J8 xxxxxx8532 | 1.00 | | 270.04 |
| 2/3 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 2/3 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hm3Kybk xxxxxx8532 | 1.00 | | 273.04 |
| 2/6 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 2/6 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hmtvbjz xxxxxx8532 | 1.00 | | |
| 2/6 | Online Transfer Ref #Ib0Hmrg32C to Platinum Card Xxxxxxxxxxx7745 on 02/05/23 | | 200.00 | 76.04 |
| 2/7 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 12.00 | | |



*Transaction history (continued)*

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 2/7 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hn44H9H xxxxxx8532 | 1.00 | | |
| 2/7 | Interest Payment | 0.03 | | 89.07 |
| **Ending balance on 2/7** | | | | **89.07** |
| **Totals** | | **$162.03** | **$400.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/10/2023 - 02/07/2023 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $88.04 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $1.00 ☑ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $67.00 ☑ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $75.00 ☑ |
| · Age of primary account owner | 0 - 24 | ☐ |
| · | | |

AM/AM

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] **Enter the ending balance** on this statement. $

[B] **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $

[C] **Add** [A] **and** [B] to calculate the subtotal. = $

[D] **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $

[E] **Subtract** [D] **from** [C] to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**
  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**
  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**
  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

©2021 Wells Fargo Bank, N.A. All rights reserved.Member FDIC. NMLSR ID 399801

EQUAL HOUSING LENDER

# Wells Fargo Combined Statement of Accounts

March 7, 2023 ■ Page 1 of 12

Exhibit A

VICTOR NAUMOV
4524 SE 282ND AVE
GRESHAM OR 97080-9100

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (115)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/SpotTaxScams.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Summary of accounts

### *Checking and Savings*

| *Account* | *Page* | *Account number* | *Ending balance last statement* | *Ending balance this statement* |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | [redacted] | 1,971.19 | 4,464.00 |
| Wells Fargo Way2Save® Savings | 9 | [redacted] | 89.07 | 168.08 |
| | **Total deposit accounts** | | **$2,060.26** | **$4,632.08** |

(115)
Sheet Seq = 0032145
Sheet 00001 of 00006



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/8 | $1,971.19 |
| Deposits/Additions | 10,429.10 |
| Withdrawals/Subtractions | - 7,936.29 |
| **Ending balance on 3/7** | **$4,464.00** |

Account number:

**VICTOR NAUMOV**

*Oregon account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Credit Card - XXXX-XXXX
- Savings -

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/8 | | Purchase authorized on 02/06 A&W Hermiston Hermiston OR S383038081856682 Card 0262 | | 13.29 | |
| 2/8 | | Purchase authorized on 02/07 McDonald's F28762 Wasco OR S303038602779680 Card 0262 | | 6.20 | |
| 2/8 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hnc56V4 xxxxxx9738 | | 1.00 | |
| 2/8 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 1,948.70 |
| 2/9 | | Purchase authorized on 02/07 Sq *Tiny?S Tavern Mount Angel OR S463039188713114 Card 0262 | | 63.00 | |
| 2/9 | | Purchase authorized on 02/07 Sq *Bierhaus Inc Mount Angel OR S583039222560708 Card 0262 | | 20.00 | |
| 2/9 | | Recurring Payment authorized on 02/08 Safeco Insurance C 800-332-3226 MA S463039404950386 Card 0262 | | 73.93 | |
| 2/9 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hnldydw xxxxxx9738 | | 1.00 | |
| 2/9 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 1,788.77 |
| 2/10 | | Michels Pipeline Payroll 230208 420237 Naumov Victor | 505.64 | | |
| 2/10 | | Purchase authorized on 02/09 76 - MT Angel 76 Mount Angel OR S583041067348368 Card 0262 | | 39.00 | |
| 2/10 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hnvpgyn xxxxxx9738 | | 1.00 | |
| 2/10 | | Purchase authorized on 02/10 Mam & D L 395 N Main S MT Angel OR P000000582372180 Card 0262 | | 8.98 | |
| 2/10 | 509 | Check | | 560.00 | |
| 2/10 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 1,683.43 |
| 2/13 | | Purchase authorized on 02/09 Tst* Victoricos ME Saint Helens OR S383040582771215 Card 0262 | | 10.99 | |
| 2/13 | | Purchase authorized on 02/09 Dairy Queen #18677 Scappoose OR S583041009620140 Card 0262 | | 10.69 | |
| 2/13 | | Purchase authorized on 02/09 Sq *Tiny?S Tavern Mount Angel OR S583041161720645 Card 0262 | | 16.00 | |
| 2/13 | | Purchase authorized on 02/10 Chick-Fil-A #04587 Keizer OR S383041762788655 Card 0262 | | 19.37 | |
| 2/13 | | Purchase authorized on 02/10 Sq *Tiny?S Tavern Mount Angel OR S583042139122715 Card 0262 | | 10.00 | |
| 2/13 | | Purchase authorized on 02/11 Mam & D L 395 N Main S MT Angel OR P000000172545394 Card 0262 | | 1.99 | |

***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/13 | | Recurring Payment authorized on 02/11 Prime Corporate SE 801-987-9680 UT S463042648651232 Card 0262 | | 64.95 | |
| 2/13 | | Purchase authorized on 02/11 Burgerville - 15 - Saint Helens OR S303042679455802 Card 0262 | | 18.38 | |
| 2/13 | | Purchase authorized on 02/11 76 - MT Angel 76 Mount Angel OR S303042726689785 Card 0262 | | 30.40 | |
| 2/13 | | Purchase authorized on 02/11 Sq *Tiny?S Tavern Mount Angel OR S583043153622697 Card 0262 | | 11.00 | |
| 2/13 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hpkyi9B xxxxxx9738 | | 1.00 | |
| 2/13 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 9.00 | 1,479.66 |
| 2/14 | | Purchase authorized on 02/12 Sq *Tiny?S Tavern Mount Angel OR S383044115814713 Card 0262 | | 10.00 | |
| 2/14 | | Purchase authorized on 02/12 Sq *Bierhaus Inc Mount Angel OR S583044137775200 Card 0262 | | 21.00 | |
| 2/14 | | Purchase authorized on 02/13 McDonald's F14197 St.Helens OR S303045016751393 Card 0262 | | 11.00 | |
| 2/14 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hptcsk3 xxxxxx9738 | | 1.00 | |
| 2/14 | | Purchase authorized on 02/14 Mam & D L 395 N Main S MT Angel OR P000000286427728 Card 0262 | | 8.98 | |
| 2/14 | | Online Transfer Ref #Ib0Hpy2P33 to Platinum Card Xxxxxxxxxxxx7745 on 02/14/23 | | 120.00 | |
| 2/14 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 4.00 | 1,303.68 |
| 2/15 | | Purchase authorized on 02/13 Tst* Victoricos ME Saint Helens OR S303044598119036 Card 0262 | | 10.49 | |
| 2/15 | | Purchase authorized on 02/14 McDonald's F14197 St.Helens OR S463046037771222 Card 0262 | | 10.49 | |
| 2/15 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hq4Sh6B xxxxxx9738 | | 1.00 | |
| 2/15 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 2.00 | 1,279.70 |
| 2/16 | | Purchase authorized on 02/14 Top Off Espresso L Portland OR S463045516592175 Card 0262 | | 11.00 | |
| 2/16 | | Recurring Payment authorized on 02/14 Affirm * Pay 10S0U 855-423-3729 CA S583045670466496 Card 0262 | | 192.17 | |
| 2/16 | | Purchase authorized on 02/14 Top Off Espresso L Portland OR S383046066405005 Card 0262 | | 11.00 | |
| 2/16 | | Purchase authorized on 02/14 76 - MT Angel 76 Mount Angel OR S383046098034973 Card 0262 | | 29.44 | |
| 2/16 | | Purchase authorized on 02/14 Sq *Tiny?S Tavern Mount Angel OR S303046256039304 Card 0262 | | 33.00 | |
| 2/16 | | Purchase authorized on 02/15 Shadley's Express Scappoose OR S383046526780570 Card 0262 | | 5.25 | |
| 2/16 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hqfcp6B xxxxxx9738 | | 1.00 | |
| 2/16 | | Online Transfer Ref #Ib0Hqkqplt to Platinum Card Xxxxxxxxxxxx7745 on 02/16/23 | | 260.00 | |
| 2/16 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 5.00 | 731.84 |
| 2/17 | | Michels Pipeline Payroll 230215 420237 Naumov Victor | 1,864.80 | | |
| 2/17 | | Purchase authorized on 02/15 Tst* Victoricos ME Saint Helens OR S303046642807356 Card 0262 | | 20.08 | |
| 2/17 | | Purchase authorized on 02/15 Top Off Espresso L Portland OR S463047042521357 Card 0262 | | 11.00 | |
| 2/17 | | Purchase authorized on 02/15 Sq *Tiny?S Tavern Mount Angel OR S383047234566465 Card 0262 | | 19.00 | |
| 2/17 | | Purchase authorized on 02/16 Shadley's Express Scappoose OR S463047522118293 Card 0262 | | 5.25 | |
| 2/17 | | Purchase authorized on 02/16 McDonald's F14197 St.Helens OR S383047725156093 Card 0262 | | 12.00 | |
| 2/17 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hqq7Skd xxxxxx9738 | | 1.00 | |
| 2/17 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 5.00 | 2,523.31 |



***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/21 | | Purchase authorized on 02/16 76 - MT Angel 76 Mount Angel OR S383048088800443 Card 0262 | | 34.79 | |
| 2/21 | | Purchase authorized on 02/16 Sq *Tiny?S Tavern Mount Angel OR S303048226557987 Card 0262 | | 16.00 | |
| 2/21 | | Purchase authorized on 02/17 Sq *Sweet Seductio Portland OR S303048508445028 Card 0262 | | 8.00 | |
| 2/21 | | Purchase authorized on 02/17 Shadley's Express Scappoose OR S583048523314848 Card 0262 | | 5.50 | |
| 2/21 | | Purchase authorized on 02/17 Tst* Victoricos ME Saint Helens OR S583048529964694 Card 0262 | | 10.96 | |
| 2/21 | | Purchase authorized on 02/17 Sq *Sweet Seductio Portland OR S583049015205226 Card 0262 | | 8.00 | |
| 2/21 | | Purchase authorized on 02/17 Sq *Tiny?S Tavern Mount Angel OR S383049188343102 Card 0262 | | 9.00 | |
| 2/21 | | Purchase authorized on 02/17 Tst* Macs Place Silverton OR S383049242730456 Card 0262 | | 60.25 | |
| 2/21 | | Purchase authorized on 02/18 Sq *Bierhaus Inc Mount Angel OR S463049341409617 Card 0262 | | 31.00 | |
| 2/21 | | Recurring Payment authorized on 02/18 Experian* Credit R 479-3436237 CA S583049376169109 Card 0262 | | 29.99 | |
| 2/21 | | Purchase authorized on 02/18 WM Superc Wal-Mart Sup Woodburn OR P000000679283511 Card 0262 | | 79.39 | |
| 2/21 | | Purchase authorized on 02/18 The Wild Hare Salo 503-6514273 OR S303050177842114 Card 0262 | | 110.25 | |
| 2/21 | | Purchase authorized on 02/20 Sq *Sweet Seductio Portland OR S383051506526509 Card 0262 | | 8.00 | |
| 2/21 | | Purchase authorized on 02/20 Shadley's Express Scappoose OR S583051518896674 Card 0262 | | 5.25 | |
| 2/21 | | Purchase authorized on 02/20 Columbia Grocer Columbia City OR P000000384889869 Card 0262 | | 10.06 | |
| 2/21 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hm57N7 xxxxxx9738 | | 1.00 | |
| 2/21 | | Verizon Wireless Payments 230221 067234401800001 0000000067234401800001 | | 112.52 | |
| 2/21 | | Pentagon Federal Trnsfr Dr 230216 000033568442702 Naumov Victor | | 271.00 | |
| 2/21 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 14.00 | 1,698.35 |
| 2/22 | | Purchase authorized on 02/20 Tst* Victoricos ME Saint Helens OR S383051526443576 Card 0262 | | 10.96 | |
| 2/22 | | Purchase authorized on 02/20 76 - MT Angel 76 Mount Angel OR S583052083597446 Card 0262 | | 34.04 | |
| 2/22 | | Purchase authorized on 02/21 Sq *Burger Time Ll Mount Angel OR S583053132425001 Card 0262 | | 15.35 | |
| 2/22 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hrvzl46 xxxxxx9738 | | 1.00 | |
| 2/22 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 3.00 | 1,634.00 |
| 2/23 | | Purchase authorized on 02/21 Sq *Tiny?S Tavern Mount Angel OR S383053182707437 Card 0262 | | 33.00 | |
| 2/23 | | Purchase authorized on 02/22 Sq *Sweet Seductio Portland OR S583053509400968 Card 0262 | | 6.00 | |
| 2/23 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hs5MD2W xxxxxx9738 | | 1.00 | |
| 2/23 | | Purchase authorized on 02/23 Plaid Pantry #162 1817 Portland OR P000000281668984 Card 0262 | | 13.89 | |
| 2/23 | | Purchase authorized on 02/23 Atlas Truck Part 17308 OR Hubbard OR P583054737975700 Card 0262 | | 200.00 | |
| 2/23 | | Save As You Go Transfer Debit to Xxxxxxxxxxx9738 | | 4.00 | 1,376.11 |
| 2/24 | | Pipeline Payroll ACH Pay 230224 605_420237 15371076 | 400.00 | | |
| 2/24 | | Michels Pipeline Payroll 230222 420237 Naumov Victor | 1,858.82 | | |
| 2/24 | | Purchase authorized on 02/22 Burgerville - 15 - Saint Helens OR S383053692570046 Card 0262 | | 16.18 | |

***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/24 | | Purchase authorized on 02/22 76 - MT Angel 76 Mount Angel OR S463054096102896 Card 0262 | | 37.00 | |
| 2/24 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hsgf92Q xxxxxx9738 | | 1.00 | |
| 2/24 | 511 | Check | | 380.00 | |
| 2/24 | | Save As You Go Transfer Debit to Xxxxxxxxxx9738 | | 2.00 | 3,198.75 |
| 2/27 | | Purchase authorized on 02/23 Sq *Tiny?S Tavern Mount Angel OR S383055251054256 Card 0262 | | 44.00 | |
| 2/27 | | Purchase authorized on 02/24 Sq *Tiny?S Tavern Mount Angel OR S583056043302332 Card 0262 | | 19.00 | |
| 2/27 | | Purchase authorized on 02/25 Alpha Tax Business Ser Vancouver WA P000000280679457 Card 0262 | | 225.00 | |
| 2/27 | | Purchase authorized on 02/25 Sq *Tiny?S Tavern Mount Angel OR S463057087539847 Card 0262 | | 21.00 | |
| 2/27 | | Purchase authorized on 02/25 Sq *Burger Time Ll Mount Angel OR S303057136856029 Card 0262 | | 15.35 | |
| 2/27 | | Purchase authorized on 02/25 Sq *Tiny?S Tavern Mount Angel OR S383057199334838 Card 0262 | | 17.00 | |
| 2/27 | | Purchase authorized on 02/25 Sq *Bierhaus Inc Mount Angel OR S463057233713918 Card 0262 | | 13.00 | |
| 2/27 | | Online Transfer Ref #Ib0Ht3Y36F to Platinum Card Xxxxxxxxxxxx7745 on 02/26/23 | | 160.00 | |
| 2/27 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Ht5Sfzt xxxxxx9738 | | 75.00 | |
| 2/27 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Ht6Cf8L xxxxxx9738 | | 1.00 | |
| 2/27 | | Save As You Go Transfer Debit to Xxxxxxxxxx9738 | | 7.00 | 2,601.40 |
| 2/28 | | Stop Payment Fee | | 31.00 | |
| 2/28 | | Stop Payment Fee | | 31.00 | |
| 2/28 | | Stop Payment Fee | | 31.00 | |
| 2/28 | | Stop Payment Fee | | 31.00 | |
| 2/28 | | Purchase authorized on 02/26 Sq *Bierhaus Inc Mount Angel OR S583058181370574 Card 0262 | | 65.00 | |
| 2/28 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Htgkpqg xxxxxx9738 | | 1.00 | |
| 2/28 | | Franchise Tax Bo Payments 230228 95879485 Pm Naumov | | 643.00 | |
| 2/28 | | Newrez-Shellpoin ACH Pmt 230227 0578589314 Naumov Victor | | 1,417.00 | |
| 2/28 | | Save As You Go Transfer Debit to Xxxxxxxxxx9738 | | 1.00 | 350.40 |
| 3/1 | | Purchase authorized on 02/27 Sq *Tiny?S Tavern Mount Angel OR S583058832273502 Card 0262 | | 21.00 | |
| 3/1 | | Purchase authorized on 02/27 Sq *Tiny?S Tavern Mount Angel OR S383059157408055 Card 0262 | | 10.00 | |
| 3/1 | | Purchase authorized on 02/27 Sq *Bierhaus Inc Mount Angel OR S383059215720750 Card 0262 | | 34.99 | |
| 3/1 | | Purchase authorized on 02/28 Pauls Small Motors Mount Angel OR S583059788983949 Card 0262 | | 50.00 | |
| 3/1 | | Purchase authorized on 02/28 Sq *Lou's Kitchen Mount Angel OR S383059798990054 Card 0262 | | 24.15 | |
| 3/1 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Httdbs2 xxxxxx9738 | | 1.00 | |
| 3/1 | | Purchase authorized on 03/01 MT. Angel Parts 0025025 MT. Angel OR P463060788044555 Card 0262 | | 8.57 | |
| 3/1 | | Nuvision Credit D000382041 230301 721131620500 Victor Naumov | | 561.00 | |
| 3/1 | | Save As You Go Transfer Debit to Xxxxxxxxxx9738 | | 6.00 | -366.31 |
| 3/2 | | Purchase authorized on 02/28 Sq *Tiny?S Tavern Mount Angel OR S583060184468746 Card 0262 | | 21.00 | |
| 3/2 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hv74Czj xxxxxx9738 | | 1.00 | |
| 3/2 | | Save As You Go Transfer Debit to Xxxxxxxxxx9738 | | 1.00 | -389.31 |
| 3/3 | | IRS Treas 310 Tax Ref 030323 xxxxxxxxxx00989 Naumov, Victor | 1,387.00 | | |
| 3/3 | | Michels Pipeline Payroll 230301 420237 Naumov Victor | 1,437.62 | | |



***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/3 | | OR Revenue Dept Orsttaxrfd xxxxx5158 Naumov, Victor | 1,764.00 | | |
| 3/3 | | ATM Check Deposit on 03/03 4594 N Eagle Rd Boise ID 0008028 ATM ID 9973E Card 0262 | 1,211.22 | | |
| 3/3 | | Purchase authorized on 03/01 Sq *Tiny?S Tavern Mount Angel OR S383061216788691 Card 0262 | | 19.00 | |
| 3/3 | | Purchase authorized on 03/01 Sq *Bierhaus Inc Mount Angel OR S583061259463884 Card 0262 | | 24.00 | |
| 3/3 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hvkgrtj xxxxxx9738 | | 1.00 | |
| 3/3 | | Purchase authorized on 03/03 Pilot #0195 Wasco OR P583062669376263 Card 0262 | | 5.68 | |
| 3/3 | | Purchase authorized on 03/03 Pilot_00195 Wasco OR S303062666729409 Card 0262 | | 12.00 | |
| 3/3 | | Save As You Go Transfer Debit to Xxxxxxxxxx9738 | | 4.00 | 5,344.85 |
| 3/6 | | Purchase authorized on 03/02 Sq *Tiny?S Tavern Mount Angel OR S583062276228942 Card 0262 | | 32.00 | |
| 3/6 | | Purchase authorized on 03/03 76 - MT Angel 76 Mount Angel OR S383062583952777 Card 0262 | | 19.01 | |
| 3/6 | | Recurring Payment authorized on 03/03 Prime Corporate SE 801-987-9680 UT S383062648633415 Card 0262 | | 9.95 | |
| 3/6 | | Purchase authorized on 03/03 A & W Fruitland Fruitland ID S303062804990933 Card 0262 | | 11.12 | |
| 3/6 | | Purchase authorized on 03/03 Chevron 0370282 Fruitland ID S303062803299451 Card 0262 | | 42.01 | |
| 3/6 | | Purchase authorized on 03/03 Sq *Idaho Emission Nampa ID S463062851923335 Card 0262 | | 20.00 | |
| 3/6 | | Purchase authorized on 03/04 Gem IN and Out Caldwell ID S583063784581222 Card 0262 | | 35.26 | |
| 3/6 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hwc7Yht xxxxxx9738 | | 1.00 | |
| 3/6 | | Purchase authorized on 03/06 Maverik #410 Meridian ID P000000574580293 Card 0262 | | 20.13 | |
| 3/6 | | Purchase authorized on 03/06 The Depot Grangeville ID P000000177527536 Card 0262 | | 23.59 | |
| 3/6 | 510 | Check | | 560.00 | |
| 3/6 | | Portland General BILLPAY 230306 Portland Genera Victor Naumov | | 97.78 | |
| 3/6 | | Save As You Go Transfer Debit to Xxxxxxxxxx9738 | | 8.00 | 4,465.00 |
| 3/7 | | Recurring Transfer to Naumov V Way2Save Savings Ref #Op0Hwlnhhh xxxxxx9738 | | 1.00 | 4,464.00 |
| **Ending balance on 3/7** | | | | | **4,464.00** |
| **Totals** | | | **$10,429.10** | **$7,936.29** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 509 | 2/10 | 560.00 | 510 | 3/6 | 560.00 | 511 | 2/24 | 380.00 |



WELLS
FARGO

**Items returned unpaid**

| Date | Description | Amount |
|---|---|---|
| 3/7 | Upstart Network Jefferies 230303 13924911 Fm 51863147 Borrower_Paymt Reference # 091000014176795 | 358.27 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/08/2023 - 03/07/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | -$389.31 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $9,217.88 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

IMPORTANT ACCOUNT INFORMATION:

Effective with the fee periods beginning on or after April 24, 2023, the option to avoid the monthly service fee using "qualifying direct deposit" will be enhanced to "qualifying electronic deposit".

Qualifying Electronic Deposit: A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.

IMPORTANT ACCOUNT INFORMATION

Important information regarding upcoming changes to the Campus Card benefits linked to an Everyday Checking account.

**On June 5, 2023,** Campus Card fee benefits will change.

1. The monthly service fee waiver benefit will end 60 days after an Everyday Checking account is no longer linked to an active Campus Card. However, the $10 monthly service fee for Everyday Checking can be avoided if the account meets ONE of the following options each fee period:
- $500 minimum daily balance
- $500 or more in total qualifying direct deposits*
- Primary account owner is 17-24 years old**
- Account linked to a Wells Fargo Campus ATM Card or Campus Debit Card***

2. Courtesy refunds provided with a linked Campus Card will continue for one overdraft fee*** and one incoming wire transfer fee***, but the time period for calculating these refunds is changing from calendar month to fee period.



Statements include a monthly service fee summary with the dates of the fee period. The monthly service fee summary with the dates of the fee period is also available online in the account's Balance Details and in the mobile app in the Activity Summary section.

There is no change to the following Campus Card benefit: No Wells Fargo fees for up to four cash withdrawals per fee period from non-Wells Fargo ATMs in the U.S. (Fees charged by non-Wells Fargo ATM operator or network may apply.)***

*A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit. An ACH direct deposit made available early with Early Pay Day does not count towards the bonus requirements until it posts to your account and is no longer pending (e.g., the pay date scheduled by your payor).

**When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.

***These benefits will take effect within 45 days following the linkage of a Campus Card to an Everyday Checking account. Benefits will end 60 days after the Campus Card is no longer linked, and the Bank's standard Everyday Checking account terms and fees apply.

The Consumer Account Fee and Information Schedule and Deposit Account Agreement, as amended, continue to apply.

**Wells Fargo Campus Card program**
Wells Fargo Campus ATM and Campus Debit Cards are available for students, faculty and staff of colleges and universities that participate in the Wells Fargo Campus Card SM program.

**Please let us know if you have questions**
If you have questions about these changes or would like to make changes to your account, please contact your local banker or call the number listed on your statement. We are here to help.

Thank you for banking with Wells Fargo. We appreciate your business.

---

Effective February 22, 2023, the fee for cashed or deposited items that are returned unpaid has been eliminated for consumer checking and savings accounts. As such, Wells Fargo will no longer charge a fee when cashed or deposited items are returned unpaid for any reason for consumer accounts.

---

Effective April 1, 2023, we will no longer assess fees for stop payment requests on consumer and non-analyzed small business checking and savings accounts. Thank you for banking with Wells Fargo. We appreciate your business.

---

NEW YORK CITY CUSTOMERS ONLY – Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

A simplified fee schedule for Consumer Wires will be effective June 26, 2023:

**Outgoing wire transfer fees**

- Digital Wire: Domestic and International U.S. currency = $25, International Foreign currency = $0

- Branch/Voice Channel: Domestic, International U.S. currency, and International Foreign currency = $40

- Repetitive Outgoing Wire: Domestic, International U.S. currency, and International Foreign currency = $25



**Incoming wire transfer fee**

- Domestic and International = $15

Fees may vary based on the type of account you have as some accounts offer fee waivers for some services. For a complete list of services, fees, and fee waivers that are available with your account, please refer to your Consumer Account Fee and Information Schedule, as applicable.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

# Wells Fargo Way2Save® Savings

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/8 | $89.07 |
| Deposits/Additions | 179.01 |
| Withdrawals/Subtractions | - 100.00 |
| **Ending balance on 3/7** | **$168.08** |

Account number: [redacted]
**VICTOR NAUMOV**

*Oregon account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): [redacted]

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $86.99 |
| Annual percentage yield earned | 0.15% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.07 |
| Total interest paid in 2022 | $0.02 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 2/8 | Save As You Go Transfer Credit From Xxxxxxxxxx8532 | 4.00 | | |
| 2/8 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hnc56V4 xxxxxx8532 | 1.00 | | 94.07 |
| 2/9 | Save As You Go Transfer Credit From Xxxxxxxxxx8532 | 2.00 | | |



***Transaction history (continued)***

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 2/9 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hnldydw xxxxxx8532 | 1.00 | | 97.07 |
| 2/10 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 2/10 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hnvpgyn xxxxxx8532 | 1.00 | | 100.07 |
| 2/13 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 2/13 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hpkyl9B xxxxxx8532 | 1.00 | | |
| 2/13 | Online Transfer Ref #Ib0Hph8Bw2 to Platinum Card Xxxxxxxxxxxx7745 on 02/12/23 | | 100.00 | 3.07 |
| 2/14 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 9.00 | | |
| 2/14 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hptcsk3 xxxxxx8532 | 1.00 | | 13.07 |
| 2/15 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 4.00 | | |
| 2/15 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hq4Sh6B xxxxxx8532 | 1.00 | | 18.07 |
| 2/16 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 2/16 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hqfcp6B xxxxxx8532 | 1.00 | | 21.07 |
| 2/17 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 5.00 | | |
| 2/17 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hqq7Skd xxxxxx8532 | 1.00 | | 27.07 |
| 2/21 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 5.00 | | |
| 2/21 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hrn57N7 xxxxxx8532 | 1.00 | | 33.07 |
| 2/22 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 14.00 | | |
| 2/22 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hrvzl46 xxxxxx8532 | 1.00 | | 48.07 |
| 2/23 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 3.00 | | |
| 2/23 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hs5MD2W xxxxxx8532 | 1.00 | | 52.07 |
| 2/24 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 4.00 | | |
| 2/24 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hsgf92Q xxxxxx8532 | 1.00 | | 57.07 |
| 2/27 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 2.00 | | |
| 2/27 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Ht5Sfzt xxxxxx8532 | 75.00 | | |
| 2/27 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Ht6Cf8L xxxxxx8532 | 1.00 | | 135.07 |
| 2/28 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 7.00 | | |
| 2/28 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Htgkpqg xxxxxx8532 | 1.00 | | 143.07 |
| 3/1 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 1.00 | | |
| 3/1 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Htldbs2 xxxxxx8532 | 1.00 | | 145.07 |
| 3/2 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 6.00 | | |
| 3/2 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hv74Czj xxxxxx8532 | 1.00 | | 152.07 |
| 3/3 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 1.00 | | |
| 3/3 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hvkgrtj xxxxxx8532 | 1.00 | | 154.07 |
| 3/6 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 4.00 | | |
| 3/6 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hwc7Yht xxxxxx8532 | 1.00 | | 159.07 |
| 3/7 | Save As You Go Transfer Credit From Xxxxxxxxxxx8532 | 8.00 | | |



***Transaction history (continued)***

| *Date* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|
| 3/7 | Recurring Transfer From Naumov V Everyday Checking Ref #Op0Hwlnhhh xxxxxx8532 | 1.00 | | |
| 3/7 | Interest Payment | 0.01 | | 168.08 |
| **Ending balance on 3/7** | | | | **168.08** |
| **Totals** | | **$179.01** | **$100.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/08/2023 - 03/07/2023 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $12.07 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $1.00 ☑ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $85.00 ☑ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $75.00 ☑ |
| · Age of primary account owner | 0 - 24 | ☐ |
| · | | |

AM/AM

Sheet Seq = 0032150
Sheet 00006 of 00006



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A Enter the ending balance on this statement.   $ _____

B List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

C Add A and B to calculate the subtotal.   = $ _____

D List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

E Subtract D from C to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

©2021 Wells Fargo Bank, N.A. All rights reserved.Member FDIC. NMLSR ID 399801





Exhibit B
Exhibit B

**American Relief Advisors**

Victor Naumov

This Letter of Certification is confirmation that your file is in active review. With your full cooperation, ARA will fulfill the terms of the agreement, including the stoppage of the foreclosure procedure, reinstating the mortgage loan, reducing the interest rate and monthly payment.

Our Processing Dept. is preparing to begin the loan restructure process, based on your eligibility and cooperation with reference to the subject property located 4524 SE 282nd Avenue Gresham, OR 97080

If there is no workout or modification completed by ARA and it is found to be the fault of the Processing Dept, you will receive a reimbursement for the installments or the amount of funds in the trust account at that time.

We look forward to providing you with excellent service and a speedy restructure of your home loan. Thank you in advance for your cooperation with our Processing Dept regarding the documentation needed moving forward.

Sincerely,

ARA

[signature]
05-27-2022

Victor Naumov



# CERTIFICATE OF COMPLIANCE
# STATE OF OREGON
# FORECLOSURE AVOIDANCE PROGRAM

**AFTER RECORDING RETURN TO:**
Christi Pressley
For Malcolm & Cisneros, For Shellpoint Mortgage Servicing
2112 Business Center Drive
Irvine, CA 92612

1/10/2023

| | |
|---|---|
| **Grantor:** | VICTOR NAUMOV, AN INDIVIDUAL |
| **Beneficiary:** | Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee for CSMC 2018-RPL6 Trust |
| **Property Address:** | 4524 SE 282ND AVE<br>GRESHAM, OR 97080 |
| **Instrument / Recording No.**<br>**Date / County** | Instrument Number: 2007-001203<br>Recording Number: 2007-001203<br>Loan Number: 0578589314<br>1/3/2007<br>Multnomah |
| **Case Number** | BI-221123-3617 |

1. The Service Provider hereby certifies that:

☐ The beneficiary and/or its agent complied with the requirements of ORS 86.726, 86.729 and 86.732; or

☒ The grantor did not pay the required fee by the deadline.

2. On this date, I mailed the original certificate to the beneficiary and provided a copy to the grantor and the Attorney General electronically or by mail.

DATED this 10 day of January, 2023.

[signature]
ANNETTE PHELPS
Compliance Officer, Oregon Foreclosure Avoidance Program

STATE OF OREGON )
) ss.
County of Multnomah )

The foregoing instrument was acknowledged before me on January 10th, 2023, by Annette Phelps [Print Name]
as Compliance Officer of Mediation Case Manager.

OFFICIAL STAMP
RICHARD JAMES MORTON
NOTARY PUBLIC - OREGON
COMMISSION NO. 1024850
MY COMMISSION EXPIRES JUNE 05, 2026

[signature]
Notary Public - State of Oregon
My Commission Expires: 6/5/26



UNITED STATES POSTAL SERVICE.

MOUNT ANGEL
90 N GARFIELD ST
MOUNT ANGEL, OR 97362-9800
(800)275-8777

05/27/2022 03:37 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Money Order | | | $997.00 |
| Serial#: 28129032268 | | | |
| Money Order Fee | | | $1.95 |
| Total | | | $998.95 |
| Grand Total: | | | $998.95 |
| Debit Card Remitted | | | $998.95 |

Card Name: VISA
Account #: XXXXXXXXXXXX0262
Approval #: 035273
Transaction #: 036
Receipt #: 015568
Debit Card Purchase: $998.95
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

****************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
****************************************

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Now Hiring in Bozeman and surrounding areas!
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

FN: 405840-0562
Receipt #: 840-59700143-2-3116201-1
Clerk: 11

**UNITED STATES POSTAL SERVICE.**

SALEM
1050 25TH ST SE
SALEM, OR 97301-5048
(800)275-8777

07/06/2022 05:19 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Money Order<br>Serial#: 27806598630 | | | $997.00 |
| Money Order Fee | | | $1.95 |
| Total | | | $998.95 |
| Grand Total: | | | $998.95 |
| Debit Card Remitted | | | $998.95 |

Card Name: VISA
Account #: XXXXXXXXXXXX0262
Approval #: 033336
Transaction #: 344
Receipt #: 030779
Debit Card Purchase: $998.95
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

**************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
**************************************

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Now Hiring in Bozeman and surrounding areas!
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 407392-0501
Receipt #: 840-59700120-4-4544027-1
Clerk: 8

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Serial Number 27806598630

Pay to: A R A

Address: Loan Number 11598

Year, Month, Day: 2022-07-06

Post Office: 973010

Amount: $997.00

Clerk: 8

KEEP THIS RECEIPT FOR YOUR RECORDS



SALEM
1050 25TH ST SE
SALEM, OR 97301-5048
(800)275-8777

08/11/2022 03:27 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Money Order | | | $997.00 |
| Serial#: 28166932078 | | | |
| Money Order Fee | | | $2.20 |
| Total | | | $999.20 |

Grand Total: $999.20

Debit Card Remit $999.20
Card Name: VISA
Account #: XXXXXXXXXXXX0262
Approval #: 061358
Transaction #: 886
Receipt #: 031342
Debit Card Purchase: $999.20
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

******************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
******************************************

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Now Hiring in Bozeman and surrounding areas!
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 407392-0501
Receipt #: 840-59700120-4-4620659-2
Clerk: 33

CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

UNITED STATES POSTAL SERVICE.

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: ARD

Address: Loan Number 11598

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 28166932078 | 2022-08-11 | 973010 | $997.00 | 33 |



Exhibit C

**Monterey v. Del Monte Dunes, 526 U.S.__, 143 L Ed 2d 882, 119 S.Ct.___ (1999):** [T]he District Court's jury instructions directed the jury that (1) it should find for the landowner if the jury found that (a) the landowner had been denied all economically viable use of its property, or (b) the city's decision did not substantially advance a legitimate public purpose (the jury awarded the landowner $8 million for the takings' and $1.45 million for the city's unlawful acts -not just compensation or providing an adequate post deprivation remedy for the loss). The County is liable for any city employee violating the takings clause of the Fifth Amendment. The property owner owns all bundle of rights that come with his Deed, as he bought it 'as is' and nobody can convert, alter, change or amend his deed except him. The law forbids the City or County to amend any deed, steal any deed, restrict its use, or to use deceit, extortion, fear, and threats to get the owner to amend it by restricting his ownership and use of livestock, property, or his land. Post-deprivation loss also attaches to the sale of any agriculture or other commodity in interstate OR intrastate commerce, which sales were diminished by the takings/restriction. This includes anything the landowner would buy for his use and enjoyment of his property ñ building materials, landscaping/gardening supplies, animal feed, livestock, pets, vehicles, etc. Damages for the takings without just compensation and for the extortion will be decided by a jury pursuant to the Seventh Amendment.

**West Virginia State Board of Education et al. v. Barnett et al., 319 U.S. 624, 63 S.Ct. 1178** The United States Government was set up by the consent of the governed, and the Bill of Rights denies those in power any legal opportunity to coerce that consent. The Fourteenth Amendment as applied to the states protects the citizen against the state itself and all of its creatures. One's right to life, liberty and property and other fundamental rights may not be submitted to vote, and they depend on the outcome of no election The Supreme Court said that if the STATE cannot take away any inalienable right, the CITY or COUNTY cannot, either!

**Lucas v. South Carolina Coastal Council, 505 U.S. 1003, 120
L.Ed.2d 798:** There are a number of non-economic interests in land,
such as interest in excluding strangers from one's land, the impairment
of which will invite exceedingly close scrutiny under takings clause (5th
Amend.) if the protection against physical appropriations of private
property was to be meaningfully enforced, the government's power to
redefine the range of interests included in the ownership of property was
necessarily constrained by constitutional limits If, instead, the uses of
private property were subject to unbridled, uncompensated qualification
under the police power, the natural tendency of human nature [would be]
to extend the qualification more and more until at last private property
disappeared. These considerations gave birth to the often-cited maxim
that, while property may be regulated to a certain extent, if regulation
goes too far it will be recognized as a taking. Where permanent physical
occupation of land is concerned, we have refused to allow the
government to decree it anew without compensation no matter how
weighty the asserted public interests involved Unless just compensation
is offered, the city or county is committing fraud, theft, racketeering and
terrorism if it wants to exert 'acts of ownership or control' private
property and livestock ownership rights. It is illegal to impose public
policy upon private land; to do so constitute a taking for which the City
and County are liable for compensating the owner for his loss, no matter
how small the intrusion.

**Palazzolo v. Rhode Island, 533 U.S.__, 150 L.E.d.2d 592, 121 S.Ct.__
(2001) (quoting both Monterey v. Del Monte Dunes and Lucas v.
South Carolina Coastal Council):** Petitioners acquisition of title after
the regulations effective date did not bar his takings claims. This Court
rejects the State Supreme Courts sweeping rule that a purchaser or a
successive title holder like petitioner is deemed to have notice of an
earlier-enacted restriction and is barred from claiming that it affects a
taking. Were the Court to accept that rule, the post enactment transfer of
title would absolve the State of its obligation to defend any action
restricting land use, no matter how extreme or unreasonable. A State
would be allowed, in effect, to put an expiration date on the Takings

Clause. This ought not to be the rule. Future generations, too, have a right to challenge unreasonable limitations on the use and value of land.

The Takings Clause of the Fifth Amendment, applicable to the States through the Fourteenth Amendment, Chicago, **B.&Q. R.Co. v. Chicago, 166 U.S. 226 (1897),** prohibits the government from taking private property for public use without just compensation. In **Pennsylvania Coal Co. v. Mahon, 260 U.S. 393 (1922),** Justice Holmes well-known formulation, while property may be regulated to a certain extent, if a regulation goes too far it will be recognized as a taking. (To quote Justice Stevens) It is wrong for the government to take property, even for public use, without tendering just compensation The Supreme Court ruled over 100 years ago that it is wrong for government to steal. If the restriction is not listed in the Deed, the city or county cannot come in AFTER the fact and say it's restricted, even if the restriction occurred before the property was purchased. If the city did not reimburse the FORMER owner for the regulatory taking, it cannot get away with failing to reimburse the PRESENT owner. That is FRAUD. If it isn't listed in the Deed, IT IS NOT RESTRICTED. And if the city or county still wants to impose any restriction, they have to lawfully acquire the property by justly compensating the owner/buying the land.

**People v. Camacho, 23 Cal.4th 824; 98 Cal.Rptr.2d 232; 3 P.3d 878 (2000):** Police observation from non-public area constitutes unlawful search. The County is liable for Fourth Amendment violations, and has no immunity when its employees trespass upon areas that members of the public cannot be said to have been implicitly invited. No such implicit public invitation exists in a side yard, back yard, or neighbor's yard for county employees or anybody else to conduct invasion of privacy and/or pretextual search without probable cause to inventory livestock or other property by peeking over or through fences, even chain-link fences, which are there to exclude the eyes of strangers and trespassers.

CITES AND COUNTIES CANNOT VIOLATE CIVIL RIGHTS

Title 42 Section 1983: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress... The County would be liable for discrimination against livestock owners, 4-H, FFA, feed stores, and feed mills.

Specifically, In **The Supreme Court ruled that Municipalities cannot exert any acts of ownership and control over property that is not OWNED by them, see Palazzolo v. Rhode Island 533 US 606, 150 L.Ed. 2d 592, 121 S.Ct. ___ (2001) (no expiration date on the taking clause for City's illegal enforcement of its Codes on the man's private property and restricting the man's business),** affirming both **Lucas v South Carolina Coastal Council, 505 US 1003, 120 L.Ed. 2d 798 (1992).** (butterfly activists and Code Enforcement cannot restrict development of the man's private swampland unless they lawfully acquire the land FIRST, surveying with binoculars constitutes a "takings"), and **Monterey v. Del Monte Dunes, 526 US 687 (1999), 143 L.Ed. 2d 882 S.Ct.____ (1998).**

In the Monterey case, the California private property owner was awarded $8 million for Code Enforcement's illegal trespass and restriction of his business, and another $1.45 million for the aggravation of a forced sale. Federal Law also prohibits Cities and Counties from issuing citations against businesses, see Title 18 U.S.C. § § 891-896, quoting Section 891 … "An extortionate means is any means which involves the use, or an express or implicit threat of use, of violence or other criminal means to cause harm to the person, reputation, or property.

TERRORISM IS AGAINST THE LAW - FEDERAL CRIMINAL CODES:

Title 18 USC CHAPTER 113B TERRORISM, Section 2331.
Definitions. As used in this chapter:

(1) the term 'international terrorism' means activities that -

(A) involve violent acts;

(B) appear to be intended -

(i) to intimidate or coerce a civilian population;

(ii) to influence the policy of a government by intimidation or coercion; or

(iii) to affect the conduct of a government by assassination or kidnapping. The end results of all terrorist acts are to restrict the victim's freedoms and put them out of business. That is what cities and counties do if they come to your door (trespass, impersonate an officer), and tell you that you cannot own over x number of dogs, roosters, or junk cars (regulatory takings in violation of due process).

**If they issue a citation, it's filing a false complaint, because 1) they are not a victim of a public offense and 2) they cannot enforce city and county codes on PRIVATELY owned land - even if it is in the MIDDLE of the city, and even though you are RENTING! THEN, it also becomes interference with contract. City and County Codes and Ordinances are ONLY for city and county-owned property!** The punishment for terrorism is imprisonment for 25 years. If they come to my door, I ask them where is the copy of the cancelled check, where they BOUGHT my property FIRST. Because my place is PRIVATE, and, just like Disneyland which is ALSO private, and which has its own rules and regulations, MY rule is, if the city or county want to LOOK at my property, they must PAY me first. That's the law, and my admission fee to them is $5 million.

THE COUNTY CANNOT SHIRK ITS LIABLE FOR THE CONDUCT
OF ITS EMPLOYEES OR AGENTS, OR ANY CITY EMPLOYEES
OR AGENTS

**Allen v. City of Portland, 73 F.3rd, 232 (9th Cir. 1995):** By definition,
probable cause to arrest can only exist in relation to criminal conduct;
civil disputes cannot give rise to probable cause contract dispute cannot
give rise to probable cause to arrest. Cities or counties CANNOT butt in
on any civil dispute between neighbors, or presume there is any criminal
activity related to ownership of livestock, fowl or other property. Civil
disputes go through the DISTRICT ATTORNEY. If the city gets
involved, it commits domestic terrorism.

**Brandon v. Holt, 105 S.Ct. 873 (1985) at pp. 873, 874: ì2. Civil
Rights 13.16 -** In cases arising under section 1983, judgment against a
public servant 'in his official capacity imposes liability on the entity that
he represents provided the public entity receives notice and an
opportunity to respond. 42 U.S.C.A. section 1983. Held: 2. In cases
under section 1983, a judgment against a public servant 'in his official
capacity imposes liability on the entity that he represents. This rule was
plainly implied in Monell, supra; **Hutto v. Finney, 437 U.S. 678, 98
S.Ct. 2565, 57 L.Ed.2d 522; and Owen v. City of Independence, 455
U.S. 622, 100 S.Ct. 1398, 63 L.Ed.2d 673.**

**Cities and counties cannot take anonymous complaints. The
Supreme Court says that the County is the municipality upon which
liability is imposed for civil rights claims against city employees
within its jurisdiction.** Any County Claim Form filed regarding these
terrorist acts, frauds and swindles will be the County's Notice and
Opportunity to be heard regarding city or county employees criminal
conduct/conspiring to steal property.

**Salinas v. United States, 118 S.Ct. 469 (1997):** [C]onspiracy is a
distinct evil, dangerous to the public, and punishable in itself. City and
county employees are liable for conspiring to restrict property (including
old cars) and agricultural commodities (Title 7, section 2) without just

compensation, and conspiring to target disenfranchised livestock owners and feed mills in violation of Title 42 section 1983, when they admit to having met (conspired) with code enforcement and private persons in violation of the Brown Act in order to steal. The county is liable for its employees intent (conspiracy) to conduct city and county business as a racketeering enterprise.

Exhibit D

Page 1 of 41
RICHARD GARCIA, RECORDER
OFFICIAL RECORDS OF LA PAZ COUNTY, AZ
07-18-2023 04:09 PM Recording Fee $30.00

The united states of America, and in The Republic state of Oregon

Victor Naumov
c/o 4524 SE 282nd Avenue
Gresham Oregon. Republic usA
NON-DOMESTIC

# NOTICE OF CERTIFICATE

**OF ACCEPTANCE OF DECLARATION OF LAND PATENT, LAND PATENT #3964. Dated SEPTEMBER 27 1850,** (SEE ATTACHED), **KNOW ALL YE MEN AND WOMEN BY THESE PRESENT. LAND CONVEYED BY LAND PATENT.**

1. That I, Victor Naumov, do hereby certify and declares that I am an "Assignee" in the LAND PATENT named and numbered above; that I have brought up said Land Patent in my name as it pertains to the land described below. The character of said land so claimed by the patent, and legally described and referenced under the Patent Number Listed above is; Township 1,S. , Range 4 E, section 18, Willamette Meridian, Oregon, containing three hundred nineteen acres.. (SEE ATTACHED)

2. That I, Victor Naumov, is domiciled at 4524 SE 282nd Avenue Gresham Oregon Republic, usA NONE-DOMESTIC. Unless otherwise stated, I have individual knowledge of matters contained in this Certification of Acceptance of Declaration of Land Patent. I am fully competent to testify with respect to these matters.

3. I, Victor Naumov, am an Assignee at Law and bona fide subsequent purchaser by contract, of certain legality described portion of LAND PATENT under the original, certified LAND PATENT # 3964, Dated on 27th day of September year of 1850, which is duly authorized to be executed in pursuance of the supremacy of treaty of Law, citation and Constitutional Mandate, herein referenced, whereupon a duly authenticated true and correct lawful description, together with all hereditament, tenements, pre-emptive rights appurtenant thereto, the lawful and valuable consideration which is appended hereto, and made a part of this **NOTICE OF CERTIFICATE OF ACCEPTANCE AND DECLARATION OF LAND PATENT. (SEE ATTACHED).** Land conveyed by Land Patent.

4. No claim is made herein that I have been assigned the entire tract of land as described in the original patent. My assignment is inclusive of only the attached lawful description.

The filing of this **NOTICE OF CERTIFICATE OF ACCEPTANCE AND DECLARATION OF LAND PATENT** shall not deny or infringe on any right, privilege, or Immunity of any other Heir or Assigns to any other portion of land covered in the above described Patent Number 3964. (SEE ATTACHED).

5. If this duly certified LAND PATENT is not challenged by a lawfully qualified party having a claim, Lawful lien, debt, or other equitable interest on any in a court of law within sixty (60) days from the date of this filing this NOTICE, then the above described property shall become the Allodial Freehold of the Heir or Assignee to said Patent, the LAND PATENT shall be considered henceforth perfected in my name "Victor Naumov", and all future claims against this land shall be forever waived.

6. When a lawfully qualified Sovereign American individual has a claim to title and is challenged, the court of competent original and exclusive jurisdiction is the Common Law Supreme Court (Article III). Any action against a patent by a corporate state of their Respective statutory, legislative units (i.e., courts) would be an action at Law which is outside the venue and jurisdiction of these Article I courts. There is no Law issue contained herein which may be heard in any of the State courts (Article I), nor can any court of Equity/Admiralty/Military set aside, annul, or correct a LAND PATENT.

7. Therefore, said land remains unencumbered, free and clear, and without liens or lawfully attached in any way, and is hereby declared to be private land and private property, not subject to any commercial forums (e. g. U. C. C.) whatsoever.

8. A common Law courtesy of sixty (60) days is stipulated for any challenges hereto, otherwise laches or estoppel shall forever bar the same against said ALLODIAL freehold estate; assessment lien theory to the contrary, notwithstanding. Therefore, said declaration, after (60) days from date, if no challenges are brought forth and upheld, perfects this ALLODIAL TITLE the Victor Naumov remains forever.

JURISDICTION

THE REPCIPEINT HERETO IS MANDATED by Article IV Sec, 3, Clause 2, Article VI, Sec. 2 & 3, the 9th and 10th Amendment with references to the 7th Amendment, enforced under Article III, Sec. 3, Clause 1, of the Constitution for the United States of America.

PERJURY JURAT

Pursuant to Title 28 USC Sec. 1746 (1) and executed "without the United States", I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my belief and informed knowledge. And further deponent saith not. I now affix my signature of the above affirmation with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. § 1-308 and U.C.C. § 1-103.6.

Respectfully,

Victor Naumov

Witnessed by _______________ Anna Reutov

Witnessed by _______________ Constantine Naumov

Witnessed by _______________ Oksana Cruz

764

# THE UNITED STATES OF AMERICA,

## To all to whom these presents shall come, Greeting:

**Whereas,** There has been deposited in the GENERAL LAND OFFICE of the UNITED STATES a Certificate numbered [illegible] hundred and sixty four of the Register and Receiver at Oregon City, Oregon, whereby it appears that under the provisions of the act of Congress approved the 27th day of September, 1850, entitled "An act to create the office of Surveyor General of the Public Lands in Oregon, and to provide for the survey and to make donations to settlers of the said public lands," and the legislation supplemental thereto, the claim of John Bond and his wife Sarah Bond of Multnomah County Oregon, Notification No. 7364 has been established to a donation of one half section, [illegible] acres of land, and that the same has been surveyed and designated

according to the Official Plat of Survey returned to the GENERAL LAND OFFICE by the SURVEYOR GENERAL, as the North half of the South half and the South half of the North half of section eighteen in Township one South of Range four East in the district of lands subject to sale at Oregon City, Oregon; containing three hundred and nineteen acres and seventy nine hundredths of an acre.

**Now know ye,** That the United States of America, in consideration of the premises, and in conformity with the provisions of the act aforesaid, HAVE GIVEN AND GRANTED, and by these presents DO GIVE AND GRANT, unto the said John Bond and to his heirs the West half and unto his wife the said Sarah Bond and to her heirs the East half of the tract of land above described.

To have and to hold the said tract, with the appurtenances, unto the said John Bond and his wife Sarah Bond and to their heirs and assigns forever, their respective portions as aforesaid.

**In testimony whereof,** I, Ulysses S. Grant PRESIDENT OF THE UNITED STATES, have caused these Letters to be made Patent, and the Seal of the GENERAL LAND OFFICE to be hereunto affixed.

Given under my hand, at the CITY OF WASHINGTON, the fifteenth day of October, in the year of our Lord one thousand eight hundred and seventy three; and of the Independence of the United States the ninety eighth.

[illegible]EST: U. S. Grant

By [illegible] D. Williamson, Secretary.

L. K. Lippincott, Recorder of the General Land Office.

Bureau of Land Management
Oregon State Office
P.O. Box 2965
Portland, OR 97208

I certify this reproduction is a copy of the original record on file in this office.

Authorize Signature
PAGE 1 OF 1 DATE 3/23/23

 LandAmerica
Lawyers Title

Recorded in MULTNOMAH COUNTY, OREGON
C. Swick, Deputy Clerk
A37 2 ATMCS
Total : 26.00

2007-001202 01/03/2007 02:25:01pm

After recording return to:
Victor Naumov
4524 SE 282ND Avenue
Gresham, OR 97080

Until a change is requested, all tax statements shall be sent to the following address:
Victor Naumov
4524 SE 282ND Avenue
Gresham, OR 97080

56g0578997

## STATUTORY WARRANTY DEED

Tyan Bardon and Kimberlee D. Barry, Grantor, conveys and warrants to Victor Naumov, an individual, Grantee, the following described real property free of encumbrances except as specifically set forth herein:

SEE ATTACHED EXHIBIT "A"

Tax Account No. R342041

This property is free of encumbrances, EXCEPT:
SEE EXHIBIT "A" WITH EXCEPTIONS
The true consideration for this conveyance is $232,000.00

BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON TRANSFERRING FEE TITLE SHOULD INQUIRE ABOUT THE PERSON'S RIGHTS, IF ANY UNDER ORS 197.352. THIS INSTRUMENT WILL NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY APPROVED USES AND TO DETERMINE ANY LIMITS ON LAWSUITS AGAINST FARMING OR FOREST PRACTICES AS DEFINED IN ORS 30.930 AND TO INQUIRE ABOUT THE RIGHTS OF NEIGHBORING PROPERTY OWNERS, IF ANY, UNDER ORS 197.352.

Dated 28 day of December, 2006

[signature]
Tyan Bardon

[signature]
Kimberlee D. Barry

STATE OF OREGON
COUNTY OF MULTNOMAH
The foregoing instrument was acknowledged before me this 29 day of December, 2006 by Tyan Bardon and Kimberlee D. Barry.

[signature] Julie A. Hankins
Notary Public State of Oregon
My commission expires: 2/21/07

OFFICIAL SEAL
JULIE A. HANKINS
NOTARY PUBLIC-OREGON
COMMISSION NO. 364746
MY COMMISSION EXPIRES FEB. 21, 2007

Order No. 56g0578997

Warranty Deed
ORRQ 6/2005; Rev. 1/2006

**Exhibit "A" with Exceptions**

**A tract of land in Section 18, Township 1 South, Range 4 East of the Willamette Meridian, in the County of Multnomah and State of Oregon, described as follows:**

**Beginning at a point in the West line of said Section 18, which is South 104.0 feet from the Northwest corner of said Section 18; thence from the above described beginning point East and parallel with the North line of the Northwest one-quarter of said Section 18, a distance of 250.0 feet; thence South parallel with the West line of the aforesaid Northwest one-quarter of said Section 18, a distance of 90.0 feet; thence West parallel with the North line of said Northwest one-quarter of Section 18, a distance 250.0 feet to the West line of said Section 18; thence North 90.0 feet to the point of beginning.**

**EXCEPTING THEREFROM that part lying within the county road adjoining on the West.**

**Subject to:**

1. **The rights of the public in and to that portion of the herein described property lying within the limits of streets, roads and highways.**

LEGAL NOTICE

# NO TRESPASSING

**TO FEDERAL OFFICERS OF THE IRS, HEW, HUD, ENVIRONMENTAL, HEALTH, AND OTHER UNCONSTITUTIONAL AGENCIES; AND TO ALL LOCAL MEMBERS OF PLANNING & ZONING BOARDS:**

**U.S.C. TITLE 18 SEC. 241 & 242**

**U.S.C. TITLE 42 § 1981, 1982, 1983, 1985 AND 1986**

## WARNING

**YOU ARE HEREBY ADVISED OF THE FOLLOWING FEDERAL CRIMINAL LAW**

"If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise of enjoyment of any right or privilege secured to him by the Constitution of the Laws of the United States, or because of his having so exercised the same: or

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free excercise or enjoyment of any right or privilege so secured-

They shall be fined not more than $10,000 or imprisoned not more than ten years or both: and if death results, they shall be subject to imprisonment for any term of years or for life."

# LAND USE FEE $5,000 PER PERSON PER DAY, OR ANY PART THEROF

All Rights Reserved

Exhibit



MULTNOMAH COUNTY SHERIFF'S OFFICE

*Sheriff Nicole Morrisey O'Donnell*

# EVICTION TRESPASS NOTICE

Occupants of these premises located at:

**4524 SE 282ND AVE**
**GRESHAM, OR 97080**

Have been evicted by an order of the Circuit Court in:

**WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF BCMBI TRUST**

Plaintiff(s)

**vs.**

**VICTOR NAUMOV**

Defendant(s)

Circuit Court Case No. **23LT00383**

Trespassing or entering into or upon these premises without written consent of the landlord will result in arrest and prosecution.

Any personal property present on these premises at the time this notice is served, **THURSDAY MAY 18TH, 2023,**

is in the possession of the landlord and may be redeemed by contacting the landlord (or landlord's attorney) at:

**360-260-2253**

DATED 05-18-23

NICOLE MORRISEY O'DONNELL, SHERIFF

BY COSTELLO 46998

DEPUTY