IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


VICTOR NAUMOV,

        Plaintiff,

v.

SHELLPOINT MORTGAGING SERVICE,
A division of New Rez; Wilmington
SAVINGS FUND SOCIETY FSB Trust,
COUNTRYWIDE HOME LOANS, INC.,
DTCC, MERS, H&H PREFERRED REAL
ESTATE, and SAVE ON RECYCLING
AND TOWING,

        Defendant.

No. 3:23-cv-01120-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation on April 2, 2024, in which she recommends that the Court grant Shellpoint's Motion to Dismiss and deny Plaintiff's Motion for Change of Jurisdiction and Bill of Exceptions. F&R, ECF 33. The matter is now

1 – ORDER

before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [33]. Accordingly, Shellpoint's Motion to Dismiss [25] is GRANTED, and Plaintiff's Motion for Change of Jurisdiction and Bill of Exceptions [30] is DENIED. Plaintiff is given leave to file an amended complaint.

IT IS SO ORDERED.


DATED: _____May 14, 2024_____.


_____
MARCO A. HERNÁNDEZ
United States District Judge


2 – ORDER