IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VICTOR NAUMOV,

        Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING,
a division of New Rez; WILMINGTON
SAVINGS FUND SOCIETY FSB TRUST;
COUNTRYWIDE HOME LOANS, INC.; DTCC;
MERS; H&H PREFERRED REAL ESTATE; and
SAVE ON RECYCLING AND TOWING,

        Defendants.

No. 3:23-cv-01120-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation on July 16, 2024, in which she recommends that this Court deny Plaintiff's motion to file a Fourth Amended

1 - ORDER

Complaint and dismiss this case with prejudice. F&R, ECF 43. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 45. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [43]. Therefore, Plaintiff's Motion for Leave to File Amended Complaint [37] is DENIED and this case is DISMISSED.

IT IS SO ORDERED.

DATED: August 24, 2024.

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER