IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VICTOR NAUMOV,

        Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING,
a division of New Rez; WILMINGTON
SAVINGS FUND SOCIETY FSB TRUST;
COUNTRYWIDE HOME LOANS, INC.; DTCC;
MERS; H&H PREFERRED REAL ESTATE; and
SAVE ON RECYCLING AND TOWING,

        Defendants.

No. 3:23-cv-01120-JR

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

    DATED:\_\_\_\_August 26, 2024\_\_\_\_.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT